### WILKE v. FORTY-SECOND ST., M. & ST. N. AVE. R. CO.

(Supreme Court, Appellate Term.   November 29, 1907.)

CARRIERS—STREET RAILWAYS—TRANSFERS—REFUSAL—PENALTY—PASSENGER IN GOOD FAITH.

    One not shown to be a street car passenger in good faith may not recover from the company a penalty for refusing a transfer.

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Action by William Wilke against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railroad Company for refusing a transfer. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

Henry F. Gannon, for appellant.
Walter L. Bunnell, for respondent.

PER CURIAM. The evidence does not show that the plaintiff was a passenger in good faith. The judgment must be reversed, upon the authority of Nicholson v. N. Y. City Ry. Co. (Sup.) 103 N. Y. Supp. 695.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.